**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PRENTIS RUPERT
and DERRICK BOGAN**                                                         **PLAINTIFFS**

**V.**                     **CASE NO. 3:14-CV-161 JM/BD**

**LARRY MILLS
and BECKY HITT**                                                               **DEFENDANTS**

## ORDER

Plaintiffs Prentis Rupert and Derrick Bogan have moved to amend their original complaint to clarify their constitutional claims. (Docket entry #7-1) The motion (#7-1) is GRANTED. The Clerk of the Court is directed to docket the motion to amend as the Plaintiffs' amended and supplemental complaint.

Based on the allegations contained in the amended complaint, the Plaintiffs have stated a first amendment claim against each of the named Defendants. In addition, Mr. Rupert has stated an equal protection claim against Defendant Hitt. Accordingly, service is now proper.

The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments, and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Poinsett County Sheriff's Department, 1500 Justice Lane, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 28th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE