## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PRENTIS RUPERT**
**and DERRICK BOGAN**                                                                    **PLAINTIFFS**

**V.                                    CASE NO. 3:14-CV-161 JM/BD**

**LARRY MILLS**
**and BECKY HITT**                                                                         **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings.

Plaintiffs' access-to-courts claims and their claims regarding access to toiletry and hygiene items are DISMISSED, without prejudice.  In addition, while Mr. Rupert states in his objection [Docket No.14] that he was not given notice and opportunity for a hearing before being put on lockdown, his claim that he has unlawfully remained on "lockdown" status is DISMISSED, without prejudice, as his assignment to lockdown status appears reasonably related to a legitimate government objective.

IT IS SO ORDERED this 12th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE