IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRENTIS RUPERT
and DERRICK BOGAN                                                            PLAINTIFFS

V.                                        CASE NO. 3:14-CV-161 JM/BD

LARRY MILLS
and BECKY HITT                                                               DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for partial summary judgment (docket entry #26) is GRANTED. Plaintiffs' first amendment claim is DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE