# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PRENTIS RUPERT**
**and DERRICK BOGAN**                                                                  **PLAINTIFFS**

**V.**                               **CASE NO. 3:14-CV-161 JM/BD**

**LARRY MILLS**
**and BECKY HITT**                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (docket entry #82) is GRANTED. Plaintiffs' claims are DISMISSED, with prejudice. Mr. Rupert's motion for order (#75) is DENIED, as moot.

IT IS SO ORDERED this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE