IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PRENTIS RUPERT**
**and DERRICK BOGAN**                                                         **PLAINTIFFS**

**V.**                         **CASE NO. 3:14-CV-161 JM/BD**

**LARRY MILLS**
**and BECKY HITT**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE